IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BLAIR WULFEKUHL,**

    **Plaintiff,**

v.                                            Case No. 4:23-cv-59-AW-MJF

**BIG BEND COMMUNITY BASED
CARE, INC.,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of dismissal with prejudice. ECF No. 11. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on May 1, 2023.

                                                  s/ *Allen Winsor*
                                                United States District Judge